**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                      Chapter: 7

    Patrick Lee Olson
                        Debtor(s)          Bankruptcy No: 22−11556−mdc

# *O R D E R*

**AND NOW,** this 16th day of June, 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Matrix List of Creditors due 06/22/2022
      SSN − Form B121 /Tax ID due 06/22/2022
      Atty Disclosure Statement due 06/29/2022
      Chapter 7 Statement of Your Current Monthly Income Form 122A−1 Due 06/29/2022
      Means Test Calculation Form 122A−2 due 06/29/2022
      Schedules AB−J due 06/29/2022
      Statement of Financial Affairs due 06/29/2022
      Summary of Assets and Liabilities Form B106 due 06/29/2022

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                    By the Court

                                                        Magdeline D. Coleman
                                     Chief Judge , United States Bankruptcy Court