United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11556-mdc |
| Patrick Lee Olson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2022 | Form ID: 309A | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Lee Olson, 101 Blossom Way, Pottstown, PA 19465-8574 |
| 14700752 | + | Langs Lawn Care, 130 Pennsylvania Avenue, Malvern, PA 19355-2481 |
| 14700753 | + | Lending Club Bank NA, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14700756 | | Nasa Federal Credit Union, 500 Prince Georges Boulevard, San Francisco, CA 94105 |
| 14700757 | + | Oliphant Financial LLC, 1800 2nd #603, Sarasota, FL 34236-5990 |
| 14700759 | + | Valley Forge Casino Resort, 1160 First Avenue, King of Prussia, PA 19406-1372 |
| 14700760 | + | Valley Forge Convention Ctr. Partners LP, 1160 First Avenue, Suite 100, King of Prussia, PA 19406-1355 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: PhilaLaw@aol.com | Jun 23 2022 00:04:00 | MARK A. CRONIN, Law Offices of Mark A. Cronin, 26 S. Church Street, West Chester, PA 19382 |
| tr | + | EDI: BCCSHUBERT.COM | Jun 23 2022 04:03:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 23 2022 00:04:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14700751 | | EDI: IRS.COM | Jun 23 2022 04:03:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14700754 | + | EDI: MERCEDES | Jun 23 2022 04:03:00 | Mercedez-Benz Financial, 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 14700755 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 00:04:00 | Midland Credit Management, 350 Camino del la Reina, Suite 100, San Diego, CA 92108-3007 |
| 14700758 | ^ | MEBN | Jun 23 2022 00:00:00 | Prosper Marketplace Inc., 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14700750 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jun 23 2022 00:04:00 | Central Collection Unit, 300 W. Preston Street, Room 500, Baltimore, MD 21201 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: Jun 22, 2022 | Form ID: 309A | | Total Noticed: 19 |

14700761     + EDI: WFAUTO

                        Jun 23 2022 04:03:00     Wells Fargo Auto, P.O. Box 71092, Charlotte, NC 28272-1092

14700762     + EDI: LCIPHHMRGT

                        Jun 23 2022 04:03:00     Wilmington Trust Company, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022                 Signature:       /s/Gustava Winters

| Information to identify the case: | |
|---|---|
| Debtor 1: | **Patrick Lee Olson** <br> First Name   Middle Name   Last Name |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN:   xxx–xx–6313
EIN:   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN:  _ _ _ _
EIN:   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court:   Eastern District of Pennsylvania

Date case filed for chapter:      7      6/15/22

Case number:   22–11556–mdc

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
## **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Patrick Lee Olson | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 101 Blossom Way <br> Pottstown, PA 19465 | | |
| 4. | **Debtor's attorney** <br> Name and address | MARK A. CRONIN <br> Law Offices of Mark A. Cronin <br> 26 S. Church Street <br> West Chester, PA 19382 | | Contact phone 484–266–0832 <br><br> Email:  PhilaLaw@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | CHRISTINE C. SHUBERT <br> 821 Wesley Avenue <br> Ocean City, NJ 08226 | | Contact phone (609) 923–7184 <br><br> Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Debtor  **Patrick Lee Olson**                                                     Case number **22–11556–mdc**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/22/22 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 11, 2022 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/11/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |