# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>PATRICK LEE OLSON<br><br>Wilmington Trust Company, as Successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2007-15AR, Mortgage Pass-Through Certificates, Series 2007-15AR pursuant to the Pooling and Servicing Agreement dated as of October 1, 2007,<br>    Movant<br><br>vs.<br><br>PATRICK LEE OLSON ,<br>    Debtor<br>Christine C. Shubert<br>    Respondent | Case No. 22-11556-mdc<br>Chapter 7 |

**ORDER**

AND NOW, this \_\_\_\_25th\_\_\_\_ day of \_\_\_\_January\_\_\_\_ 2023, upon consideration of Wilmington Trust Company, as Successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2007-15AR, Mortgage Pass-Through Certificates, Series 2007-15AR pursuant to the Pooling and Servicing Agreement dated as of October 1, 2007 (Movant), Motion for Approval of Loan Modification and any response thereto (if any), it is:

**ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

_____
Magdeline D. Coleman
Chief U.S Bankruptcy Judge