# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| PATRICK LEE OLSON,  ) | Bankruptcy No. 22-11556-mdc |
| Debtor.  ) | |
| ) | Chapter 7 |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced

Chapter 13 case.

Respectfully submitted,

/s/ Mark A. Cronin
Mark A. Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(484) 266-0832
philalaw@aol.com
Attorney for Debtor

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter

13 bankruptcy case.

Respectfully submitted,

/s/ Sharon S. Masters
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor