United States Bankruptcy Court

Eastern District of Pennsylvania

Wiley,
    Plaintiff

Olson,
    Defendant

Adv. Proc. No. 22-00058-mdc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 03 2023 05:30:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Defendant Patrick Lee Olson bkgroup@kmllawgroup.com |
| PHILLIP D. BERGER | on behalf of Plaintiff Michael Wiley berger@bergerlawpc.com kaufmann@bergerlawpc.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PATRICK LEE OLSON,<br>Debtor. | Bankruptcy No. 22-11556-mdc<br><br>Chapter 7 |
| MICHAEL WILEY,<br>Plaintiff,<br><br>v.<br><br>PATRICK LEE OLSON,<br>Defendant. | Adversary Proc. No. 22-00058 |

## STIPULATION REGARDING JOINT PRE-TRIAL STATEMENT

Plaintiff and Defendant, by and through their undersigned counsel, respectfully agree to the following stipulation:

1. On February 4, 2023, the parties filed a Joint Pre-Trial Statement with this Honorable Court pursuant to the Pretrial Scheduling Order issued by this Court on August 10, 2022.

2. A Pretrial Conference was held telephonically on March 1, 2023.

3. On July 10, 2023, this Honorable Court entered a Scheduling Order governing evidentiary trial conducted remotely by videoconference, including submitting a Joint Pretrial Statement on or before August 1, 2023 in advance of the Zoom trial to be held August 8, 2023 at 12:30 pm.

4. Counsel agree that the Joint Pre-Trial Statement already filed in this case substantially comports to the requirements set forth in the August 1, 2023 Scheduling Order and

succinctly raises the substantial uncontested and contested facts as well as the issues to be litigated in this adversary proceeding.

5. Counsel respectfully requests that this Honorable Court allow use of the Joint Pre-Trial Statement for the upcoming trial August 8, 2023, in lieu of filing a new Joint-Pretrial Statement.

Respectfully submitted,

| BERGER LAW GROUP P.C. | KML Law Group, P.C. |
|---|---|
| /s/ *Phillip D. Berger* <br> Phillip D. Berger, Esq. <br> 919 Conestoga Road <br> Building 3, Suite 114 <br> Rosemont, PA 19010 <br> (610) 668-0800 <br> berger@bergerlawpc.com <br> Attorney for Plaintiff Michael Wiley | /s/ *Mark A. Cronin* <br> Mark A. Cronin, Esq. <br> 701 Market St., Suite 5000 <br> Philadelphia, PA 19106 <br> (484) 266-0832 <br> mcronin@kmllawgroup.com <br> Attorney for Defendant Patrick Lee Olson |

The parties' Stipulation to use the Joint Pre-Trial Statement filed February 4, 2023, in this adversary proceeding, in lieu of filing a new Joint Pre-Trial Statement is hereby APPROVED.

BY THE COURT:

Date 08/02/2023

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

2