*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patrick Lee Olson
    Debtor(s)

Case No: 22−11556−mdc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

TRIAL RESCHEDULED ON [50] Motion to Avoid Lien with Michael Wiley Filed by Patrick Lee Olson Represented by SHARON S. MASTERS (Counsel). Hearing scheduled 11/14/2023 at 12:30 PM at Courtroom #2. (IN PERSON TRIAL)

on: 11/14/23

at: 12:30 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/18/23

Timothy B. McGrath
Clerk of Court

60 − 50
Form 167