United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11556-mdc |
| Patrick Lee Olson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2023 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Lee Olson, 101 Blossom Way, Pottstown, PA 19465-8574 |
| cr | + | Michael Wiley, 721 Arbor Way, Unit 25, Blue Bell, PA 19422-1975 |
| cr | + | Wilmington Trust Company, as Successor Trustee to, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Oct 19 2023 01:33:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wilmington Trust Company  as Successor Trustee to Bank of America, National Association (successor b andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2023 | Form ID: 167 | Total Noticed: 4 |

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

MARK A. CRONIN
    on behalf of Defendant Patrick Lee Olson bkgroup@kmllawgroup.com

PHILLIP D. BERGER
    on behalf of Creditor Michael Wiley berger@bergerlawpc.com kaufmann@bergerlawpc.com

PHILLIP D. BERGER
    on behalf of Plaintiff Michael Wiley berger@bergerlawpc.com kaufmann@bergerlawpc.com

SHARON S. MASTERS
    on behalf of Debtor Patrick Lee Olson shmasters@hotmail.com G65312@notify.cincompass.com

STEPHEN R. STARKS
    on behalf of Creditor Wilmington Trust Company as Successor Trustee to Bank of America, National Association (successor b
    ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patrick Lee Olson
    Debtor(s)

Case No: 22−11556−mdc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

TRIAL RESCHEDULED ON [50] Motion to Avoid Lien with Michael Wiley Filed by Patrick Lee Olson Represented by SHARON S. MASTERS (Counsel). Hearing scheduled 11/14/2023 at 12:30 PM at Courtroom #2. (IN PERSON TRIAL)

on: 11/14/23

at: 12:30 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/18/23

Timothy B. McGrath
Clerk of Court

60 − 50
Form 167